**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**RODERICK JOHNSON, o/b/o E.J., a minor,**

      **Plaintiffs,**

                                  Case No.    06-11816

**v.**

                                  **HONORABLE DENISE PAGE HOOD**

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

                                              /

## **JUDGMENT**

In accordance with the Order entered this date and the Court having entered an Order Accepting Report and Recommendation and dismissing the case;

Accordingly, judgment is entered in favor of Plaintiffs and against Defendant and the matter is to be remanded for an award of benefits.

                                                          DAVID J. WEAVER
                                                          CLERK OF COURT

Approved:                                By: s/ Wm. F. LEWIS
                                                            Deputy Clerk

  /s/   DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

DATED: October 31, 2006
Detroit, Michigan

      I hereby certify that a copy of the foregoing document was served upon counsel of record on October 31, 2006, by electronic and/or ordinary mail.

                                                          S/William F. Lewis
                                                            Case Manager